# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SONIA ALVAREZ,<br><br>    Debtor,<br>_____<br><br>SONIA ALVAREZ,<br><br>    Appellant,<br><br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>    Appellees.<br>_____/ | Case No. 1:14-mc-00002-LJO-SKO<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

Appellant Sonia Alvarez ("Appellant") sought to pursue a bankruptcy appeal before the Bankruptcy Appellate Panel of the Ninth Circuit ("BAP"), BAP Case No. EC-13-1450. Appellant requested that BAP grant her leave to proceed *in forma pauperis* with respect to this appeal, but because the BAP has no authority to grant *in forma paueris* requests under 28 U.S.C. §1915(a), the BAP transferred Appellant's request to proceed *in forma pauperis* to this Court for a ruling thereon.

Pursuant to BAP's transfer order, Appellant was ordered by this Court to complete and file an application to proceed *in forma pauperis* by no later than January 29, 2014.  (Doc. 2.) Appellant failed to file any application to proceed *in forma pauperis*.  This case was transferred to this Court for the limited purpose of considering Appellant's application to proceed *in forma pauperis*; as she has failed to file such an application, there is no further action to be taken in this matter.

Accordingly, the Court HEREBY ORDERS this action dismissed due to Appellant's failure to file a completed application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **March 14, 2016**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE